1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

PHUONG HUYNH,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendant.

CASE NO.  2:19-cv-01291-RSM

STIPULATED MOTION TO
EXTEND INITIAL SCHEDULING
DATES AND ORDER

16

17

18

19

20

21

22

23

24

25

26

27

28

COMES NOW Plaintiff, Phuong Huynh, by and through his attorney, Ronald
Unger, and Defendant, United States Postal Service, through its counsel, Tricia Boerger,
Assistant United States Attorney, in this stipulated motion to extend the initial scheduling
dates in this matter as follows:

Deadline for FRCP 26(f) Conference:         11/06/2019

Initial Disclosures Pursuant to FRCP 26(a)(1):   11/13/2019

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f) and Local
Civil Rule 26(f):                           11/20/2019

This extension is necessary because none of the Defendant has not yet filed an
answer. Defendant is still working with the named federal agency to review the facts and
claims in this matter. As such, Defendant is not in a position to meaningfully participate
in a discovery conference, submit initial disclosures or prepare a discovery plan.

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 1
2:19-cv-01291-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

Defendant's responsive pleading is due on October 28, 2019. As such, the parties are requesting an extension of time for the initial scheduling dates to allow them adequate time to review the initial pleadings and participate meaningfully in the FRCP 26 process.

DATED this 1st day of October, 2019.

**SO STIPULATED**

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

_s/ Ronald Lewis Unger_

Ronald Lewis Unger, WSBA #16815
Buckley & Associates
675 South Lane Street, Suite #300
Seattle, WA 98104
Telephone: (206) 622-1100
Fax: (206) 622-0688
Email: runger@buckleylaw.net
Attorney for Plaintiff Phuong Huynh

_s/ Tricia Boerger_

TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:  (206) 553-7970
Email: tricia.boerger@usdoj.gov
Attorney for the Defendant

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 2
2:19-cv-01291-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

# ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, and the Court finding good cause, it is hereby **ORDERED** that the initial scheduling dates in this matter shall be revised as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/06/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 11/13/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 11/20/2019 |

DATED this 3rd day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
INITIAL SCHEDULING DATES
AND ORDER - 3
2:19-cv-01291-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970