The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHUONG HUYNH,

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

        Defendant.

CASE NO. 2:19-cv-01291-RSM

STIPULATED MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AND ORDER

Plaintiff, Phuong Huynh, by and through his attorney, Ronald Unger, and Defendant, United States Postal Service, through its counsel, Tricia Boerger, Assistant United States Attorney, hereby stipulate that the case has been resolved and jointly move this Court for an order dismissing Plaintiff's Complaint with prejudice and without costs or fees to any party.

//

//

//

//

STIPULATED MOTION FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT AND
ORDER
2:19-cv-001291-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 16th day of December, 2019.

**SO STIPULATED**

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Ronald L. Unger*
Ronald Lewis Unger, WSBA #16815
Buckley & Associates
675 South Lane Street, Suite #300
Seattle, WA 98104
Telephone: (206) 622-1100
Fax: (206) 622-0688
Email: runger@buckleylaw.net
Attorney for Plaintiff Phuong Huynh

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: tricia.boerger@usdoj.gov
Attorney for the Defendant

STIPULATED MOTION FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT AND
ORDER
2:19-cv-001291-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without costs or fees to any party.

                                          _[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

BRIAN T. MORAN
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA # 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: tricia.boerger@usdoj.gov
*Attorney for the United States of America*

STIPULATED MOTION FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT AND
ORDER
2:19-cv-001291-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970